

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2015

No. 04-15-00778-CV

**IN RE MOMENTUM CAPITAL FUNDING, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On December 10, 2015, relator filed a petition for writ of mandamus and emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 11, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-18666, styled *Momentum Capital Funding, LLC v. Keith C. Dill; D & K Energy Services, LLC; and DK Manufacturing, LLC*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.